■ In the Matter of SUNIL P. GEORGE, Appellant, v KINGS COUNTY HOSPITAL CENTER, Respondent. [987 NYS2d 912]—

In a proceeding pursuant to CPLR article 78, inter alia, to review the respondent's determination to accept the petitioner's resignation from his employment, the petitioner appeals from an order and judgment (one paper) of the Supreme Court, Kings County (Saitta, J.), dated April 20, 2012, which granted the respondent's cross motion to dismiss the petition and, in effect, denied the petition and dismissed the proceeding.

Ordered that the appeal is dismissed, with costs.

The appeal must be dismissed because the appellant failed to satisfy his obligation to assemble a proper record on appeal (*see Neunteufel v Nelnet Loan Servs., Inc.*, 104 AD3d 657 [2013]; *Matter of Lynch*, 98 AD3d 510 [2012]; *Smith v Imagery Media, LLC*, 95 AD3d 1204 [2012]; *Gurwitz v French*, 90 AD3d 840 [2011]). The appellant failed to include a copy of the petition or the record of proceedings before the Supreme Court. Since, under the circumstances, the record is inadequate to enable this Court to render an informed decision on the merits, the appeal must be dismissed (*see Neunteufel v Nelnet Loan Servs., Inc.*, 104 AD3d 657 [2013]; *Matter of Lynch*, 98 AD3d 510 [2012]; *Smith v Imagery Media, LLC*, 95 AD3d at 1205; *Gurwitz v French*, 90 AD3d 840 [2011]; *Hazell v State of New York*, 81 AD3d 893 [2011]). Hall, J.P., Roman, Duffy and LaSalle, JJ., concur.